IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| **Rosmery Arely Salmeron Salmeron,** | * |
| Petitioner, | * |
| | Case No. 1:25-cv-04157-GLR |
| v. | * |
| **Kristi Noem,** *et al.*, | * |
| Respondents. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of the Joint Status Report and Proposed Briefing Schedule filed by the parties (ECF No. 8), it is hereby:

**ORDERED**, that the following briefing schedule is **APPROVED:**

| Event | Deadline |
|---|---|
| Respondents to file Response to Petition for Writ of Habeas Corpus | December 29, 2025 |
| Petitioner to file Reply | January 5, 2026 |

Dated:  December 23, 2025                           /s/
                                                     The Honorable George L. Russell, III
                                                     Chief United States District Judge